February 5, 1974.

No. 257. HEAD OF THE LAKES ELECTRIC COOPERATIVE ASSOCIATION, INC., Appellant, v. PUBLIC SERVICE COMMISSION, Respondent: SUPERIOR WATER, LIGHT & POWER COMPANY, Intervenor Respondent.

(Also reported in 214 N. W. 2d 317.)

For the appellant the cause was submitted on the brief of *Toby E. Marcovich* and *Marcovich & Cochrane* of Superior.

For the respondent the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *William E. Torkelson,* chief counsel, Public Service Commission.

For the intervenor respondent the cause was submitted on the brief of *Aberg, Bell, Blake & Metzner* of Madison.

Judgment affirmed.